NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY J. CRAMER, DOC #106504,      )
                                     )
              Appellant,             )
                                     )
v.                                   )          Case No. 2D19-98
                                     )
STATE OF FLORIDA,                    )
                                     )
              Appellee.              )
_____    )

Opinion filed November 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.

            Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.